## PEOPLE *v.* COONEY *et al.*

(*Common Pleas of New York City and County, General Term.* February 3, 1890.)

BAIL—JUDGMENT ON FORFEITED RECOGNIZANCE—VACATION.

A judgment on a forfeited recognizance will be vacated where, after the default, the principal appears, pleads guilty, and pays the fine inflicted.

Application to vacate judgment against Joseph Cooney, as principal, and one James Rowan, as surety, entered on forfeited recognizance.

Argued before LARREMORE, C. J., and BOOKSTAVER and BISCHOFF, JJ.

*Wm. G. McCrea,* for applicants.     *John R. Fellows,* Dist. Atty., for the People.

PER CURIAM.     The forfeiture of the recognizance herein should be vacated and canceled, as after the default the principal appeared and pleaded guilty, and was fined, which fine was paid, and the people have lost no rights by the first default.

---

## PEOPLE *v.* TREANOR *et al.*

(*Common Pleas of New York City and County, General Term.* February 3, 1890.)

BAIL—JUDGMENT ON FORFEITED RECOGNIZANCE—VACATION.

A judgment on a forfeited recognizance will be vacated where, after the default, the principal appears, pleads guilty, and pays the fine inflicted.

An application to vacate judgment against Michael Treanor, as principal, and James Rowan, as surety, entered on forfeited recognizance.

Argued before LARREMORE, C. J., and BOOKSTAVER and BISCHOFF, JJ.

*Wm. G. McCrea,* for applicants.     *John R. Fellows,* Dist. Atty., for the People.

PER CURIAM.     The judgment entered on the forfeited recognizance in this case should be vacated and canceled, as it appears the people lost no rights by reason of the first failure of the principal to appear; he subsequently having appeared and pleaded guilty, and was fined, which he paid.

---

## PEOPLE *v.* TIETJEN *et al.*

(*Common Pleas of New York City and County, General Term.* February 3, 1890.)

BAIL—JUDGMENT ON FORFEITED RECOGNIZANCE—VACATION.

A judgment on a forfeited recognizance will be vacated where the principal, after default, appears, and is acquitted.

An application to vacate judgment entered on forfeited recognizance.

Argued before LARREMORE, C. J., and BOOKSTAVER and BISCHOFF, JJ.

*Thornton, Earle & Kiendl,* for applicants.     *John R. Fellows,* Dist. Atty., for the People.

PER CURIAM.     The judgment on the forfeited recognizance should be vacated and canceled, as it appears from the papers submitted, the people lost no rights by Tietzen's first failure to appear, and that he did subsequently appear, and was tried, and found not guilty of the misdemeanor charged.